IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TOREY PONDS,

      Appellant,

v.

STATE OF FLORIDA
DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1023

_____/

Opinion filed April 21, 2017.

An appeal from the Circuit Court for Bradford County.
Phyllis M. Rosier, Judge.

Jerry Girley, of The Girley Law Firm, Orlando, for Appellant.

Leonard T. Hackett and Candace Padgett, of Vernis & Bowling of North Florida,
P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.